IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

JASON P. ALFORD,                            :
                                            :
Plaintiff,                                  :
                                            :
vs.                                         :
                                            :
DALTON GEORGIA                              :     Civil Action File No.
WHOLESALE FLOOR                             :     4:17-CV-00153-HLM
COVERING, INC. and JERRY                    :
STANLEY,                                    :
                                            :
Defendants.                                 :

## ORDER

This matter is before the Court on a Joint Motion to Approve FLSA Settlement

and to Dismiss Action with Prejudice (the "Joint Motion"). [Dkt. 20]

The Court has reviewed the Parties' written settlement agreement filed with

the Joint Motion to determine its adequacy and consistency with the requirements of

the Fair Labor Standards Act (the "FLSA"). *See Lynn's Food Stores, Inc. v. United

States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on its review of the Parties'

Agreement and the record in this case, the Court concludes: (1) the terms of the

Settlement Agreement were reached in an adversarial context with the assistance of

legal counsel and (2) the terms of the Settlement Agreement are fair and reasonable and represent an adequate resolution of this action.

Accordingly, the proposed settlement is approved. The Clerk of the Court shall administratively close this matter pending a final dismissal with prejudice to be filed after all payment are made. The Court shall retain jurisdiction to enforce the Agreement as may be appropriate.

SO ORDERED, this 8th day of March, 2018.

Harold L. Murphy
SENIOR U.S. DISTRICT JUDGE